## HEALTH–TEX, INC.

v.

## John H. NORBERG, Tax Administrator.

### No. 85–312–M.P.

Supreme Court of Rhode Island.

Oct. 16, 1985.

Peter J. Rotelli, Tasca & Rotelli & Teverow, Providence, for petitioner.

Perry Shatkin, Chief Legal Counsel for Div. of Taxation, Providence, for respondent.

### ORDER

The petition for writ of certiorari is denied.

BEVILACQUA, C.J., did not participate.

■

## Josephine A. MOORE

v.

## Thomas B. MOORE.

### No. 85–218–M.P.

Supreme Court of Rhode Island.

Oct. 16, 1985.

Mitchell S. Riffkin, Rosedale & Riffkin, Providence, for petitioner.

James A. Ruggiero, Providence, for respondent.

### ORDER

The petition for writ of certiorari is denied.

BEVILACQUA, C.J., did not participate.

■

## Marianne RHODES

v.

## TREADWAY INN OF NEWPORT.

### No. 85–383–M.P.

Supreme Court of Rhode Island.

Oct. 16, 1985.

Raul L. Lovett, Marc B. Gursky, Lovett, Morgera, Schefrin & Gallogly, Ltd., Providence, for petitioner.

Stephen B. Lang, Higgins Cavanagh & Cooney, Providence, for respondent.

### ORDER

The petition for writ of certiorari is denied.

BEVILACQUA, C.J., did not participate.